UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA         :

     v.                         :   10 CRIM 635

JOSE NAVARRO,                    :   10 Cr.
    a/k/a "Serrano,"
                                :

        Defendant.
                                :
---------------------------------X

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841, and 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                       _____
                                                       Jose Navarro

                                                       _____
                                                       Witness

                                                       _____
                                                       Mark Cohen, Counsel for Defendant

Date:  New York, New York
        July 21, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 21 JUL 2010

0202