## COHEN, FRANKEL & RUGGIERO, LLP
### ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224


CHAMBERS OF
JUDGE ROBERT P. PATTERSON

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
BENJAMIN MOORE

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE


MEMO ENDORSED

November 1, 2010

Honorable Robert P. Patterson, Jr.
United States Senior District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/10

Re: *United States v. Jose Navarro*
S1 10 Cr. 635 (RPP)

Dear Judge Patterson:

   Please recall that I represent Jose Navarro, the defendant in the above referenced action. I am writing to Your Honor to request permission for Mr. Navarro to travel to 408 Cottears Plain Lane, East Brunswick, New Jersey, on Thursday November 4, 2010. Mr. Navarro wishes to travel to retrieve his motor vehicle that was seized at the time of his arrest. It is my understanding that Mr. Navarro will pick up his vehicle from the United States Marshals Service.

   Please recall that Your Honor released Mr. Navarro on August 24, 2010, on a $500,000.00 personal recognizance bond co-signed by six financially responsible people, with the posting of $10,000.00 in cash. Furthermore, Mr. Navarro's travel was limited to the Southern and Eastern Districts of New York and he as been placed on strict pre-trial services reporting. Your Honor's permission is necessary for Mr. Navarro to make this trip.

   I have spoken with A.U.S.A Rachel Kovner who has no objection to this request.

Respectfully Submitted,

Mark I. Cohen

c:: A.U.S.A Rachel Kovner
United States Pre-trial Service Agency Officer Lisa Chan
Mr. Jose Navarro