UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :

        v.                              :              S1 10 Cr. 635 (RPP)

JOSE NAVARRO,                          :
      a/k/a "Serrano,"
                                       :
          Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States

Code, Sections 812, 841, 846, and 963, and Title 18, United States Code, Section 1956,  being

advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by

indictment and consents that the proceeding may be by information instead of by indictment.


                                   _____
                                   Jose Navarro

                                   _____
                                   Witness

                                   _____
                                   Mark Cohen, Counsel for Defendant


Date:   New York, New York
         August 24, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|24|10

0202